FRED HJELMESET
P.O. Box 4188
Mountain View, CA 94040
(650) 386-5634
fhtrustee@gmail.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

PHUNG, SUONG THAO,

                    Debtor.

Case No. 23-50851 MEH

Chapter 7

**TRUSTEE'S REPORT OF SALE**

COMES NOW, Fred Hjelmeset, trustee of the above-stated bankruptcy estate, and reports that pursuant to the order of this Court, Doc#159, authorizing the estate to sell its equity interest in real property located at 1771 Ironwood Lane, Milpitas ("Property") to the Debtor, free and clear of the liens of Viet Hoai Le and Doris Kaelin, pursuant to the terms outlined in detail in the Motion for Authority to Sell the Property, filed as Doc#148, the sale is completed.

The amount received by the estate is **$30,000.00**.

DATED:        This 13th day of May, 2024.

/s/ Fred Hjelmeset
Fred Hjelmeset, Chapter 7 Trustee