Form FIND

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | | |
|---|---|---|
| In Re: | Suong Thao Phung | Case No.: 23–50851 SLJ 7 |
| | Debtor(s) | Chapter: 7 |

### FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ Fred Hjelmeset is discharged as trustee of the estate of the above–named debtor(s) and the bond is canceled.

☑ the chapter 7 case of the above–named debtor(s) is closed;

and

☐ Other

Dated: 1/13/26                     By the Court:

Stephen L. Johnson
United States Bankruptcy Judge